IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HUEY WAYNE COMPTON                                                                                PLAINTIFF

v.                                       Civil No. 4:12-cv-04053

COMMISSIONER, SOCIAL                                                                              DEFENDANT
SECURITY ADMINISTRATION

# **ORDER**

      Before the Court is the Report and Recommendation filed June 27, 2012 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Bryant recommends dismissing this case without prejudice for Plaintiff's failure to pay the filing fee.  No party has objected to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and Recommendation (ECF No. 5) in its entirety.  Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

      IT IS SO ORDERED, this 18th day of July 2012.

      /s/ Susan O. Hickey
      Hon. Susan O. Hickey
      United States District Judge